UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATROYA SIMPSON, individually and on behalf of a class of similarly-situated individuals,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>VANTAGE HOSPITALITY GROUP, INC.,<br><br>　　　　Defendant. | Case No.: 12-cv-04814-YGR<br><br>**ORDER VACATING ORDER TO SHOW CAUSE HEARING** |

On November 30, 2012, the Court issued an Order to Show Cause. (Dkt. No. 33.) Defendant's counsel has provided a timely written response to the Order. (Dkt. No. 34.) Having reviewed and considered the written response, the Court is satisfied with counsel's submission, and accordingly, **VACATES** the Order to Show Cause hearing. No further action will be taken with respect to that Order.

**IT IS SO ORDERED.**

Dated: December 4, 2012

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**