1  Randall J. Sunshine, Esq. (SBN: 137363)
       rsunshine@linerlaw.com
2  Angela C. Agrusa, Esq. (SBN: 131337)
       aagrusa@linerlaw.com
3  David B. Farkas, Esq. (SBN: 257137)
       dfarkas@linerlaw.com
4  LINER GRODE STEIN YANKELEVITZ
   SUNSHINE REGENSTREIF & TAYLOR LLP
5  1100 Glendon Avenue, 14th Floor
   Los Angeles, California 90024-3503
6  Telephone:  (310) 500-3500
   Facsimile:  (310) 500-3501

7
   Attorneys for Defendant
8  VANTAGE HOSPITALITY GROUP, INC.

9              **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12  LATROYA SIMPSON, individually and on behalf of class of similarly situated individuals, | ) Case No. 3:12-cv-04814-JST ) |
| 13 | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER CONTINUING CASE** |
| 14           Plaintiff, | ) **MANAGEMENT CONFERENCE** |
|       vs. | ) |
| 15 | ) |
|    VANTAGE HOSPITALITY GROUP, | ) |
| 16 INC.; and DOES 1 through 10, inclusive, | ) |
| | ) |
| 17           Defendant. | ) |
| | ) |

---

Case No.  3:12-cv-04814-JST
STIPULATION AND [PROPOSED] ORDER

41389/001/ 1014947v0.4

1  Plaintiff Latroya Simpson ("Plaintiff") and Defendant Vantage Hospitality
2  Group, Inc. ("Defendant"), by and through their undersigned attorneys, hereby
3  stipulate as follows:
4  WHEREAS, on February 12, 2013, this matter was reassigned to this Court;
5  WHEREAS, on February 27, 2013, the parties filed a Joint Case Management
6  Statement and Rule 26(f) Report, wherein the parties agreed that "the parties believe
7  a Case Management Conference would be appropriate within the next four to six
8  weeks";
9  WHEREAS, on March 15, 2013, the Court issued a Clerk's Notice setting a
10 Case Management Conference for March 26, 2013 at 2 p.m.;
11 WHEREAS, since that time the parties have engaged in further factual
12 development and investigation and are close to reaching an informal resolution of
13 this case and therefore believe that a Case Management Conference would be
14 unnecessary at this time and would waste the parties' and the Court's time;
15 ///
16 ///
17 ///
18 ///
19 ///
20
21
22
23
24
25
26
27
28

1     **THEREFORE**, Plaintiff and Defendant stipulate, subject to the Court's
2 approval, that the Case Management Conference currently scheduled for March 26,
3 2013 at 2 p.m. be continued to April 30, 2013 at 2 p.m.

4

5 Dated: March 25, 2013     LINER GRODE STEIN YANKELEVITZ
    SUNSHINE REGENSTREIF & TAYLOR LLP
6

7
    By:     /s/ Angela Agrusa
8     Angela C. Agrusa, Esq.
    David B. Farkas, Esq.
9     Attorneys for Defendant
    Vantage Hospitality Group, Inc.
10

11 Dated: March 25, 2013     KELLER GROVER

12

13     By:     /s/ Eric Grover
    Eric A. Grover, Esq.
14     Attorneys for Plaintiff Latroya
    Simpson
15

16 **IT IS SO ORDERED**.

17 Dated: March 25, 2013

18     Hon. Jon S. Tigar
    U.S. District Court Judge

19

20

21

22

23

24

25

26

27

28

3     Case No. 3:12-cv-04814-JST
STIPULATION AND [PROPOSED] ORDER
41389/001/ 1014947v0.4