1  Angela C. Agrusa, Esq. (SBN: 131337)
      aagrusa@linerlaw.com
2  Randall J. Sunshine, Esq. (SBN: 137363)
      rsunshine@linerlaw.com
3  David B. Farkas, Esq. (SBN: 257137)
      dfarkas@linerlaw.com
4  LINER GRODE STEIN YANKELEVITZ
   SUNSHINE REGENSTREIF & TAYLOR LLP
5  1100 Glendon Avenue, 14th Floor
   Los Angeles, California 90024-3503
6  Telephone:  (310) 500-3500
   Facsimile:  (310) 500-3501

7
   Attorneys for Defendant
8  VANTAGE HOSPITALITY GROUP, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATROYA SIMPSON, individually and on behalf of a class of similarly situated individuals,<br><br>           Plaintiff,<br>     vs.<br><br>VANTAGE HOSPITALITY GROUP, INC.; and DOES 1 through 10, inclusive,<br><br>           Defendant. | Case No. 3:12-cv-04814-JST<br><br>**STIPULATED VOLUNTARY DISMISSAL AND [PROPOSED] ORDER** |

---

Case No.  3:12-cv-04814-JST
STIPULATED VOLUNTARY DISMISSAL AND [PROPOSED] ORDER

41389/001/ 1014890v1.1

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Latroya
2  Simpson ("Plaintiff") and Defendant Vantage Hospitality Group, Inc. ("Defendant"),
3  by and through their designated counsel, hereby stipulate and agree that the above-
4  captioned action be and hereby is dismissed with prejudice as to Plaintiff's individual
5  claims and without prejudice to the alleged putative class actions claims. The parties
6  further stipulate and agree that each party shall bear their own costs and attorneys'
7  fees associated with this action and dismissal.
8      IT IS SO STIPULATED.

10 Dated: April 1, 2013
11     KELLER GROVER LLP

13     By: /s/ Eric A. Grover
14         Eric A. Grover
        Rachael G. Jung
        Attorneys for Plaintiff
15         LATROYA SIMPSON

17     LINER GRODE STEIN YANKELEVITZ
    SUNSHINE REGENSTREIF & TAYLOR LLP
18

20     By: /s/ Angela C. Agrusa
        Angela C. Agrusa
21         Randall J. Sunshine
        David B. Farkas
22         Attorneys for Defendant
        VANTAGE HOSPITALITY
        GROUP, INC.

1

## **~~PROPOSED~~ ORDER**

2   This action is dismissed in its entirety pursuant to Federal Rule of Civil
3 Procedure 41(a)(1)(A)(ii). Plaintiff's individual claims are dismissed with prejudice,
4 and the claims of the putative class are dismissed without prejudice. Each party shall
5 bear its own costs and attorneys' fees associated with this action and the dismissal.

6

7   IT IS SO ORDERED.

8 Dated: April 1, 2013

_____
Hon. Jon S. Tigar
Judge, United States District Court

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 3:12-cv-04814-JST
STIPULATED VOLUNTARY DISMISSAL AND ~~[PROPOSED]~~ ORDER

41389/001/ 1014890v1.1